UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Hyung Kim,

                Plaintiff,

                                    ORDER ADOPTING
vs.                           REPORT AND RECOMMENDATION

Sears Robuck & Co.,

                Defendant.           Civ. No. 07-4685 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed, without prejudice, for failure to comply with this Court's Order of April 8, 2008, for failure to effect proper service on the Defendant Sears Robuck & Co., and for lack of prosecution.

DATED: 5/30/08                      s/Patrick J. Schiltz_____
                                         Patrick J. Schiltz
                                         United States District Judge